IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CV14-03-MU

| | |
|---|---|
| ROBERT KEITH WHITE, II, | ) |
| Plaintiff, | ) |
| v. | ) **O R D E R** |
| VAN DUNCAN; AARON ZAVAL; RON WRIGHT; ADAM BARTLETT; JOHN GUACCI; JUSTIN PRIDGEN; STEWART HIGGINS; TODD SCHUPP | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on initial review of Plaintiff's Complaint under 42 U.S.C. § 1983, filed January 14, 2010. (Document No. 1.)

Plaintiff alleges in his Complaint that while he was a pretrial detainee at Buncombe County detention facility, the defendants used excessive force against him; denied/delayed him medical care; withheld his mail, denied him access to a telephone and refused to respond to his grievance. The undersigned finds that the Defendants should file an Answer detailing and responding to each Plaintiff's allegation.

**NOW, THEREFORE, IT IS HEREBY ORDERED that:**

1) The Clerk shall issue summons and deliver it forthwith to the U.S. Marshall who will make service of process without additional cost; and

2) Defendants shall file an Answer to Plaintiff's Complaint in accordance with the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: January 15, 2010

Graham C. Mullen
United States District Judge