IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CV14-03-MU

| | |
|---|---|
| ROBERT KEITH WHITE, II, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VAN DUNCAN; AARON ZAVAL; RON )<br>WRIGHT; ADAM BARTLETT; JOHN GUACCI; )<br>JUSTIN PRIDGEN; STEWART HIGGINS; )<br>TODD SCHUPP )<br>)<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court on Plaintiff's "Reply to Defendant's Motion to Dismiss With memorandum" filed February 18, 2010 (Doc. No. 20.) Although Plaintiff initially filed the Complaint in this case pro se, he is now represented by counsel. Indeed, his attorney, Mr. Louis Graham Spencer, filed a Notice of Appearance on February 18, 2010 (Doc. No. 19.) As such, Plaintiff may no longer file any documents with the Court. Instead, Plaintiff's counsel shall file any appropriate documents with the Court on Plaintiff's behalf. Therefore, the Clerk is directed to strike Plaintiff's reply filed on February 18, 2010 (Doc. No. 20) from the docket and return the original to him

**NOW, THEREFORE, IT IS HEREBY ORDERED that** Plaintiff's reply filed on February 18, 2010 (Doc. No. 20) shall be stricken from the docket and the original returned to the Plaintiff.

**IT IS FURTHER ORDERED that** to the extent Plaintiff files any other documents on his own, such documents shall be returned to him without being entered on the docket.

1

**SO ORDERED**.

Signed: March 5, 2010

Graham C. Mullen
United States District Judge