IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
NO. 1:10CV14-03-MU

ROBERT KEITH WHITE,

        Plaintiff,

v.

VAN DUNCAN et al.,

        Defendant(s).

**ORDER**

**THIS MATTER** is before the Court on "Defendant Todd Schupp's Motion For A Stay Under the Servicemembers Civil Relief Act" filed August 31, 2010 (Doc. No. 35.) Defendant Schupp reports that he will be in Basic Training and Office Candidate School between August 25, 2010 and January 14, 2011 and requests that the instant lawsuit be stayed with respect to him during that time. Defendant's motion will be granted.

According to the current discovery plan, all discovery shall be completed by February 15, 2011. The Court advises the parties to complete as much discovery in this case with respect to the other parties between now and January 14, 2011 so that counsel can complete any remaining discovery with respect to Mr. Schupp after he completes his training obligations on January 14, 2011 and by the current discovery deadline of February 15, 2011. To the extent counsel needs additional time to complete discovery with respect to Mr. Schupp, counsel shall submit a stipulated discovery plan to the Court.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant's Motion (Doc. No. 35) is <u>GRANTED</u>.

1

**SO ORDERED**.

Signed: September 14, 2010

Graham C. Mullen
United States District Judge