# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10-CV-14-MU

| ROBERT KEITH WHITE, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **O R D E R** |
| VAN DUNCAN, et. al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER** comes before the Court on its own motion. The Court directs that the case be scheduled for a Judicial Settlement Conference before Magistrate Judge David C. Keesler. In order that the parties are prepared for that conference, the Court directs that Plaintiff's counsel, Mr. Louis Spencer, confer with the Plaintiff and obtain settlement authority. After Mr. Spencer has meet with his client, but not later than March 15, 2011, both counsel shall jointly contact Judge Keesler's chambers to schedule a date for the Judicial Settlement Conference. Defendant's counsel, Mr. Curtis Euler, shall appear at the Judicial Settlement Conference with a representative with settlement authority.

**SO ORDERED**.

Signed: January 12, 2011

Graham C. Mullen
United States District Judge