IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:10-CV-14-GCM

| | |
|---|---|
| ROBERT KEITH WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| VAN DUNCAN, AARON ZAVAL; RON ) | |
| WRIGHT; ADAM BARTLETT; JOHN ) | |
| GUACCI; JUSTIN PRIDGEN; ) | |
| STEWART HIGGINS; TODD SCHUPP, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 37) of the Honorable Graham C. Mullen, the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at 12:00 p.m. on Tuesday, February 15, 2011, in Courtroom #3 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court reserve Courtroom #3 and its attached conference room.

**SO ORDERED**.

Signed: February 1, 2011

David C. Keesler
United States Magistrate Judge