IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:10-CV-14

| | |
|---|---|
| ROBERT KEITH WHITE, II, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| VAN DUNCAN, AARON ZAVAL, RON, WRIGHT, ADAM BARTLETT, JOHN GUACCI, JUSTIN PRIDGEN, STEWART HIGGINS, TODD SCHUPP, WESTERN SURETY COMPANY | ) |
| Defendants. | ) |

THIS MATTER is before the Court on its own motion. Under Federal Rule of Civil Procedure 41(a), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment or by filing a stipulation of dismissal signed by all parties. Fed. R. Civ. P. 41(a)(1). Here, Defendants filed an answer on February 10, 2010 [D.I. 17]. The Plaintiff's Notice of Voluntary Dismissal [D.I. 39], which is not signed by Defendants, is insufficient to close the matter because Defendants have filed an answer.

A court may issue an order, at a plaintiff's request, dismissing an action on "terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Based on the Plaintiff's notice of dismissal, the Court finds it proper to dismiss the action with prejudice.

**SO ORDERED**.

Signed: April 20, 2011

Graham C. Mullen
United States District Judge