# United States District Court
# For The Western District of North Carolina
# Asheville Division

ROBERT KEITH WHITE, II,,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                                 1:10-CV-14

VAN DUNCAN, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Plaintiff's Notice of Voluntary Dismissal and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 20, 2011 Order.

                                                           Signed: April 20, 2011

                                                           Frank G. Johns, Clerk
                                                           United States District Court